No. 94–6512. ROY v. UNIVERSITY OF HAWAII ET AL., *ante*, p. 1062;

No. 94–6547. CLARK v. MARYLAND, *ante*, p. 1048;

No. 94–6569. LONG v. LOUISIANA, *ante*, p. 1062;

No. 94–6645. FARR v. DAVIS ET AL., *ante*, p. 1063;

No. 94–6650. MCDOWELL v. UNITED STATES, *ante*, p. 1031;

No. 94–6669. VAN HOOK v. OHIO, *ante*, p. 1063;

No. 94–6700. JUDD v. GONZALES, SECRETARY OF STATE OF NEW MEXICO, *ante*, p. 1089;

No. 94–6744. HARTFORD v. ARIZONA DEPARTMENT OF ECONOMIC SECURITY, *ante*, p. 1090;

No. 94–6774. CORRIGAN v. UNITED STATES, *ante*, p. 1063;

No. 94–6796. BETKA v. SMITH ET UX., *ante*, p. 1092;

No. 94–6798. CHATTERS v. THURMAN, WARDEN, ET AL., *ante*, p. 1092;

No. 94–6811. BROWN v. NOBLES, *ante*, p. 1093;

No. 94–6812. BURLEY v. MCDONNELL DOUGLAS HELICOPTER CO., *ante*, p. 1093;

No. 94–6930. THAKKAR v. DEBEVOISE, *ante*, p. 1097;

No. 94–6952. HENSLER v. UNITED STATES, *ante*, p. 1098;

No. 94–6998. BROWN v. MCGINNIS, DIRECTOR, MICHIGAN DEPARTMENT OF CORRECTIONS, ET AL., *ante*, p. 1099;

No. 94–7284. IN RE ROEMER, *ante*, p. 1109; and

No. 94–7355. IN RE BOND, *ante*, p. 1109. Petitions for rehearing denied.

No. 94–793. EICK v. UNITED STATES, *ante*, p. 1059;

No. 94–5204. HINES v. ROCHA, WARDEN, *ante*, p. 890; and

No. 94–6557. GREENE v. PHELPS ET AL., *ante*, p. 1062. Motions for leave to file petitions for rehearing denied.

FEBRUARY 27, 1995

No. 94–1170. JOHNSON ET AL. v. AMERICAN AIRLINES, INC., ET AL. App. Ct. Ill., 1st Dist. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *American Airlines, Inc.* v. *Wolens, ante*, p. 219.

No. 94–6308. ROBINSON v. ARVONIO, SUPERINTENDENT, EAST JERSEY STATE PRISON, ET AL. C. A. 3d Cir. Motion of peti-